# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

ORLANDO SMITH,

       Plaintiff,

  v.

FERNANDO CARVALLO, et al.,

       Defendants.

5:23-cv-84

## ORDER

Defendants filed a Motion for Reconsideration. Dkt. No. 49. Defendants ask the Court to clarify its Order sustaining Plaintiff's objections to the Magistrate Judge's Report and Recommendation and denying Defendants' motion to dismiss. Dkt. No. 47. The Court's Order lifted the stay in the case; however, there were two stays in place. For the following reasons, the Court **GRANTS** Defendants' Motion for Reconsideration. The Court **STAYS** the proceedings in this case until resolution of the bankruptcy proceedings in the United States Bankruptcy Court for the Southern District of Texas.

As Defendants point out, there were two stays in place in this case. The Court issued a stay pending resolution of Defendants' motion to dismiss. Dkt. No. 34. Defendants also filed a notice of stay informing the Court of an automatic stay enforced by the United States Bankruptcy Court for the Southern District of

Texas.    Dkt.  No.  44.    The  bankruptcy  court  has  exclusive jurisdiction  over  any  matter  arising  from  or  related  to  the implementation  of  its  interim  order  enforcing  the  automatic  stay.

This  Court  does  not  have  jurisdiction  to  lift  the  automatic stay  enforced  by  the  bankruptcy  court.    The  Court's  previous  Order only  lifts  the  stay  related  to  the  resolution  of  Defendants'  motion to  dismiss.    The  automatic  stay  enforced  by  the  bankruptcy  court remains  in  effect.    Therefore,  in  accordance  with  the  automatic stay,  the  parties  are  not  required  to  engage  in  any  discovery  at this  time.

The  Court  **GRANTS**  Defendants'  Motion  for  Reconsideration.    The Court  **STAYS**  the  proceedings  in  this  case  until  resolution  of  the bankruptcy  proceedings  in  the  United  States  Bankruptcy  Court  for the  Southern  District  of  Texas.

**SO ORDERED**,  this  9  day  of  April,  2025.

_____
HON.  LISA  GODBEY  WOOD,  JUDGE
UNITED  STATES  DISTRICT  COURT
SOUTHERN  DISTRICT  OF  GEORGIA