# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| ORLANDO SMITH,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO CARVALLO, et al.,<br><br>Defendants. | 5:23-cv-84 |

**ORDER**

The Magistrate Judge issued a Report and Recommendation for the Court to grant Defendants' Motions for Summary Judgment and to dismiss Plaintiff's claims against Defendants. Dkt. Nos. 92, 93. Plaintiff did not file Objections to the Reports and Recommendations, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **GRANT** Defendants' Motions for Summary Judgment, **DISMISS** Plaintiff's Complaint, dkt. nos. 1, 77, 80, **DIRECT** the Clerk of Court **CLOSE** this case and to enter the

appropriate judgment of dismissal, and **DENY** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this 15 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA