AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

ORLANDO SMITH,

Plaintiff,

v.

FERNANDO CARVALLO,
et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-84

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered September 16, 2026, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Defendants' motions for summary judgment are granted, and Plaintiff's complaint is dismissed. Additionally, Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: ____________________
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

September 21, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

Jamie Hodge
*(By) Deputy Clerk*